**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-2016

JEFFREY BINKIS,

Plaintiff - Appellant,

v.

WASHINGTON COUNTY,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge.  (1:21-cv-02158-ELH)

Submitted:  September 22, 2022                     Decided:  September 26, 2022

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Binkis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Jeffrey Binkis appeals the district court's order dismissing his civil action as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Binkis v. Washington Cnty.*, No. 1:21-cv-02158-ELH (D. Md. Aug. 31, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*